United States District Court
Southern District of Texas
**ENTERED**
March 21, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-16-2993 |
| | § | |
| 16506 FM 526, INC., ET. AL., | § | |
| *Defendants*. | § | |

## MEMORANDUM AND RECOMMENDATION

Pursuant to plaintiff's request and this court's order (Dkt. 15), on January 30, 2017 the clerk entered default against two defendants in this case, 16506 FM 529, Inc. d/b/a Roc City Sports Bar and d/b/a Roc City Sports Bar & Grill and 16506 FM 529, LLC d/b/a Roc City Sports Bar (Dkt. 16). This matter is now before the court on plaintiff's partial motion for default judgment against these defendants seeking statutory damages of $10,000, additional damages of $50,000, and attorney's fees in the amount of $3,075 (Dkt. 17).[1] Defaulting defendants did not file a timely response.

Plaintiff has shown that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553, 605. It has presented evidence that on November 21, 2015 defendants displayed without authorization the Miguel Cotto v. Canelo Alvarez pay-per-view event. The event was shown on multiple televisions to an audience of approximately 148 persons, each

---

[1] On March 3, 2017, plaintiff filed an amended complaint changing the name of defendant Lenese Smith a/k/a Joy L. Wright (Dkt. 19), and a notice of dismissal without prejudice of defendant Tony Wright (Dkt. 18). This represents a partial dismissal because Lenese Smith remains a defendant in this case.

of whom paid a cover charge of $40.00. The commercial sublicense fee for an establishment seating 150 patrons was $4,200 for this event.

Based on the evidence of record, the court recommends that default judgment be entered in favor of Joe Hand Productions, Inc. against defaulting defendants jointly and severally, in the amount of $10,000 for statutory damages under 47 U.S.C. § 605(e)(3)(C)(i) and (ii); $2,000.00 for attorneys' fees; post-judgment interest at the effective rate on date of entry of judgment; and costs of $1,198.38.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. Failure to file timely objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* FED. R. CIV. P. 72.

Signed at Houston, Texas on March 17, 2017.

Stephen Wm Smith
United States Magistrate Judge