UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

JOE HAND PROMOTIONS, INC., §
  *Plaintiff*, §
 §
vs. §  Civil Action No. 4:16cv2993
 §
16506 FM 526, INC., ET. AL., §
  *Defendants*. §

Order

On March 17, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (21). No party filed objections. The memorandum and recommendation is adopted as this court's order. A partial default judgment will be entered in favor of Joe Hand Promotions, Inc. against 16506 FM 529, Inc. d/b/a Roc City Sports Bar and d/b/a Roc City Sports Bar & Grill and 16506 FM 529, LLC d/b/a Roc City Sports Bar, jointly and severally. This case remains pending against defendant Lenese Smith a/k/a Joy L. Wright.

Signed *May 3*, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge