UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., §
    *Plaintiff*, § 
 § 
vs. § Civil Action No. 4:16cv2993
 § 
16506 FM 526, INC., ET. AL., § 
    *Defendants*. § | |

## Order

On August 7, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (31). No party filed objections. The memorandum and recommendation is adopted as this court's order. A default judgment will be entered in favor of Joe Hand Promotions, Inc. in the amount of $13,198.38 against Lenese Smith a/k/a Joy L. Wright, jointly and severally with 16506 FM 529, Inc. d/b/a Roc City Sports Bar and d/b/a Roc City Sports Bar & Grill and 16506 FM 529, LLC d/b/a Roc City Sports Bar, against whom default judgment was entered May 3, 2017 (Dkt. 26).

Signed  09-12  , 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge